**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

FILED
Feb 9 2018
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| GC SERVICES LIMITED PARTNERSHIP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | No. 18-208 C |

**RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), GC Services Limited Partnership ("GC Services") states that GC Services is a nongovernmental corporate party, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

1

Dated: February 9, 2018                              Respectfully submitted,


                                                     /s/ William M. Jack_____
                                                     William M. Jack
                                                     KELLEY DRYE & WARREN LLP
                                                     Washington Harbour, Suite 400
                                                     3050 K Street, NW
                                                     Washington, DC  20007-5108
                                                     (202) 342-8521
                                                     (202) 342-8451 (Fax)
                                                     wjack@kelleydrye.com

                                                     *Attorney for Plaintiff GC Services Limited Partnership*

Of Counsel:
William C. MacLeod
David E. Frulla
Amba M. Datta
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
(202) 342-8400
(202) 342-8451 (Fax)

CERTIFICATE OF SERVICE

    I hereby certify that on February 9, 2018, using the CM/ECF system, I caused to be served via electronic means GC Services' Rule 7.1(a) Disclosure Statement as follows:

U.S. Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street, NW
8th Floor
Washington, DC 20530

                                        /s/ William M. Jack
                                        William M. Jack